■ PEOPLE v MICHAEL STEWART, Defendant.—Motion to extend time to take appeal granted. Memorandum: Defense counsel was guilty of improper conduct because he failed to ask defendant whether he wished to take an appeal *(see,* 22 NYCRR 1022.11 [a]). Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ PEOPLE, Respondent, v VALENTINO DIXON, Appellant.— Motion granted and appeal dismissed as waived. Memorandum: The waiver was specifically restricted to the waiver of the right to appeal from his sentence and from any pretrial determination. Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ PEOPLE ex rel. JAMES PITTMAN, Petitioner, v FRANK IRVIN, as Superintendent of Wende Correctional Facility, et al., Respondents.—Motion to extend time to take appeal denied. Memorandum: Until an order is entered upon the decision dismissing the petition, relator may not appeal. Present— Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ Matter of ANATOLE HRESENT.—Motion for leave to appeal and for other relief denied. Memorandum: Motion for leave to appeal is denied. There is no provision for leave to appeal from an order denying a motion to vacate an order extending an order of conditions made pursuant to CPL 330.20 *(see,* CPL 330.20 [21]; *see also, People v Tornabene,* 174 AD2d 1062). Present—Callahan, J. P., Denman, Boomer, Lawton and Davis, JJ.